Joshua N. Eppich
State Bar I.D. No. 24050567
Clay M. Taylor
State Bar I.D. No. 24033261
Brandon J. Tittle
State Bar I.D. No. 24090436
BONDS ELLIS EPPICH SCHAFER JONES LLP
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 405-6900 telephone
(817) 405-6902 facsimile

ATTORNEYS FOR LIQUIDATING TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| DEPENDABLE AUTO SHIPPERS, INC., | § § § | CASE NO. 16-34855-bjh11 |
| | § | CHAPTER 11 |
| Debtor. | § § | |
| DANIEL J. SHERMAN, LIQUIDATING TRUSTEE OF THE DAS LIQUIDATING TRUST, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 18-03001 |
| VIAWEST, INC., | § § | |
| Defendant. | § § | |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as incorporated in adversary proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Daniel J. "Corky" Sherman, the Liquidating Trustee of the DAS Liquidating Trust, and ViaWest, Inc.

1

stipulate and agree that the above-captioned adversary proceeding shall be, and hereby is, dismissed with prejudice.

**Dated: March 27, 2018**

| **BONDS ELLIS EPPICH SCHAFER JONES LLP** | **VIAWEST, INC.** |
|---|---|
| */s/ Brandon J. Tittle* | */s/ Joseph A. Guerriero* |
| Joshua N. Eppich | Joseph A. Guerriero |
| State Bar I.D. No. 24050567 | 6400 South Fiddler's Green Circle |
| Clay M. Taylor | Greenwood Village, Colorado 80111 |
| State Bar I.D. No. 24033261 | (720) 891-2524 telephone |
| Brandon J. Tittle | Joe.Guerriero@viawest.com |
| State Bar I.D. No. 24090436 | |
| 420 Throckmorton Street, Suite 1000 | |
| Fort Worth, Texas 76102 | |
| (817) 405-6900 telephone | |
| (817) 405-6902 facsimile | |
| Joshua@bondsellis.com | |
| Clay.Taylor@bondsellis.com | |
| Brandon.Tittle@bondsellis.com | |

*Counsel for Liquidating Trustee*